1  JOHN J. BINGHAM, JR. (State Bar No. 075842)
   jbingham@dgdk.com
2  MATTHEW F. KENNEDY (State Bar No. 199485)
   mkennedy@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for Jason M. Rund, Chapter 11 Trustee

FILED & ENTERED

JUL 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                        **LOS ANGELES DIVISION**

11  In re                              ) Case No. 2:05-36011-RN
                                       )
12  BUENA VISTA LOFTS, LLC,            ) Chapter 11
                                       )
13          Debtor.                    ) ORDER RE: DISMISSAL AND CLOSE OF
                                       ) CASE
14                                     )
                                       ) [No hearing required]
15  _____)

16       The Court having considered the Declaration of Jason M. Rund, Re: Disbursements,

17  Statement of Zero Balance and Request for Dismissal and Close of Case ("Declaration") filed by

18  Jason M. Rund, Chapter 11 Trustee ("Chapter 11 Trustee) of the estate of Buena Vista Lofts, LLC,

19  and it appearing that good cause exists,

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

339522.01 [XP]      24563

1     IT IS ORDERED THAT:

2     1.    The requests in the Chapter 11 Trustee's Declaration are granted.

3     2.    This bankruptcy case is hereby dismissed and the case is closed.

4     3.    The Chapter 11 Trustee is discharged from office and his bond exonerated.

5         ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DATED: July 13, 2009

_____
United States Bankruptcy Judge

26

27

28

-2-

339522.01 [XP]        24563

| | |
|---|---|
| In re: BUENA VISTA LOFTS, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER: 2:05-360111-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER RE: DISMISSAL AND CLOSE OF CASE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served)**:**
On <u>June 19, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
***VIA U.S. Mail***
Debtor: Buena Vista Lofts, LLC, 2901 Waverly Place, Los Angeles, CA 90039
Attorney for Debtor: Craig Rankin, Esq / David Golubchik, Esq., Leven Neale Bender Rankin & Brill, 10250 Constellation, Blvd., Suite 1700, Los Angeles, CA 90067
Office of the U.S. Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017
Hon. Richard Neiter, United States Bankruptcy Court, 255 East Temple Street, Suite 1652, Los Angeles, CA 90012
Chapter 11 Trustee: Jason Rund, 840 Apollo Street, Suite 351, El Segundo, CA 90245

☒ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 19, 2009 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: BUENA VISTA LOFTS, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER: 2:05-360111-RN |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>June 19, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
*<u>VIA U.S. Mail</u>*
*COUNSEL FOR CREDITORS' COMMITTEE:*
Timothy J. Yoo, Esq.
Carmela Tan, Esq.
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974

| In re: BUENA VISTA LOFTS, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER: 2:05-360111-RN |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER RE: DISMISSAL OF CASE*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***June 19, 2009***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Attorney for Debtor: Craig M Rankin    cmr@lnbrb.com
Attorney for Debtor: David B Golubchik    dbg@lnbrb.com
Chapter 11 Trustee: Jason M Rund    trustee@srlawyers.com, jrund@ecf.epiqsystems.com
Counsel for Creditors Committee: Timothy J Yoo    tyoo@rdwlawcorp.com
David M Poitras    dpoitras@jmbm.com
Attorney for Chapter 11 Trustee: John J Bingham    jbingham@dgdk.com
Attorney for Chapter 11 Trustee: Richard K Diamond    rdiamond@dgdk.com
Attorney for Chapter 11 Trustee: Matthew F Kennedy    mkennedy@dgdk.com
Kenneth Miller    kmiller@mdfslaw.com
Carmela Pagay    ctan@rdwlawcorp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Buena Vista Lofts, LLC, 2901 Waverly Place, Los Angeles, CA 90039

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page